UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-Z Living LLC,<br><br>Plaintiff,<br><br>v.<br><br>A10 Capital, LLC, A10 Capital Holding Company, LLC, A10 Permanent Asset Financing 2017-II, LLC, A10 Reit Holdings, LLC, AND DOES 1-20<br><br>Defendants. | Case No.:   21cv1270-W(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On April 19, 2022, counsel for Plaintiff, Fari Nejadpour, and counsel for Defendants, Carrie Akinaka, jointly contacted the Court regarding a discovery dispute.  In regard to the dispute, the Court sets the following briefing schedule:

1. Defendants must file their motion to compel on or before **April 29, 2022**.

2. Plaintiff must file its opposition to Defendants' motion on or before **May 6, 2022**.

3. Defendants must file any reply by **May 13, 2022**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated:  4/20/2022

Hon. Barbara L. Major
United States Magistrate Judge