UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-Z Living LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>A10 Capital, LLC, A10 Capital Holding Company, LLC, A10 Permanent Asset Financing 2017-II, LLC, A10 Reit Holdings, LLC, AND DOES 1-20<br><br>　　　　　　　　　　　Defendants. | Case No.:　21cv1270-W(BLM)<br><br>**ORDER GRANTING IN PART JOINT NOTICE AND REQUEST REGARDING DEPOSITION**<br><br>**[ECF NO. 23]** |

　　　　On May 27, 2022, the parties filed a Joint Motion for Limited Extension of Fact Discovery Deadline to Conduct Two Depositions and to Substitute Plaintiff Entity. ECF No. 19.  The parties sought to continue the May 24, 2022 fact discovery deadline to June 30, 2022 for the limited purpose of deposing Messrs. Mike Fahr and Burt Dezendorf.  Id. at 2-3.

　　　　On May 31, 2022, the Court granted the motion and ordered that "[f]act discovery will close at **11:59 p.m.** on **June 30, 2022** to allow the parties to complete the depositions of Messrs. Mike Fahr and Burt Dezendorf.  No other fact discovery is permitted during this time." ECF No. 20 (emphasis in original).

　　　　On June 10, 2022, counsel for both parties emailed the Court, copying each other, setting forth their ongoing dispute regarding the timing of the remaining depositions. ECF No. 22.  That same day, the Court ordered counsel to work together to finalize the remaining depositions and to file a joint notice setting forth the dates and times for the remaining depositions by June 14, 2022.  Id.  The Court noted that "if counsel are unable to agree on any date, the joint document must include each lawyer's position regarding the proposed date(s)."  Id.

On June 14, 2022, the parties filed a Joint Notice and Request Regarding Deposition Dates. ECF No. 23. The parties state that since June 10, 2022, defense counsel has emailed Plaintiff's counsel three times to request availability for the 30(b)(6) deposition on June 28, 2022, but has not received a response. Id. at 2. Instead, on June 13, 2022, Plaintiff's counsel emailed defense counsel "with an offer for a stipulated dismissal of this Action, without prejudice, with a payment of $100,000 for Defendants' attorneys' fees" in part because "the managing member of E-Z Living LLC, Tony Baihaghy, who would be the 30(b)(6) witness, 'can no longer proceed with this case due to personal health issues.'" Id. at 2-3. Defendant rejected the offer and, therefore, the parties seek an order from the Court "extend[ing] the fact discovery deadline for an additional two (2) weeks—until July 14—so Plaintiff's counsel may either (a) prepare and provide dates and times for the deposition of an alternative 30(b)(6) witness or (b) allow time for Mr. Baihaghy's health to improve." Id. at 3. The parties note that the extension will not affect any other case deadlines. Id.

Good cause appearing, the parties' motion is **GRANTED IN PART**. Fact discovery will close at **11:59 p.m.** on **July 14, 2022** to allow the parties to complete the 30(b)(6) witness deposition and the depositions of Messrs. Mike Fahr and Burt Dezendorf. No other fact discovery is permitted during this time. The deposition of Mike Fahr must occur on **June 22, 2022** at **10 a.m.** and the deposition of Burt Dezendorf must occur on **June 23, 2022** at **10 a.m.** If the parties jointly agree on a date for the deposition of Plaintiff's 30(b)(6) witness on or before July 14, 2022, the deposition will occur on the mutually agreed upon date. If the parties are unable to agree on a date, the deposition of Plaintiff's 30(b)(6) witness will occur on **July 12, 2022** at **10 a.m.**

**IT IS SO ORDERED**.

Dated: 6/15/2022

Hon. Barbara L. Major
United States Magistrate Judge