UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE LV CAPITAL, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>A10 Capital, LLC, A10 Capital Holding Company, LLC, A10 Permanent Asset Financing 2017-II, LLC, A10 Reit Holdings, LLC, AND DOES 1-20<br><br>　　　　　　　　　Defendants. | Case No.:　21cv1270-W(BLM)<br><br>**ORDER RESETTING DATES** |

On May 27, 2022, the parties filed a Joint Motion for Limited Extension of Fact Discovery Deadline to Conduct Two Depositions and to Substitute Plaintiff Entity. ECF No. 19. The parties sought to continue the May 24, 2022 fact discovery deadline to June 30, 2022 for the limited purpose of deposing Messrs. Mike Fahr and Burt Dezendorf. Id. at 2-3. On May 31, 2022, the Court granted the motion and ordered that "[f]act discovery will close at 11:59 p.m. on June 30, 2022 to allow the parties to complete the depositions of Messrs. Mike Fahr and Burt Dezendorf. No other fact discovery is permitted during this time." ECF No. 20 (emphasis omitted).

On June 10, 2022, counsel for both parties emailed the Court, copying each other, setting forth their ongoing dispute regarding the timing of the remaining depositions. ECF No. 22. That same day, the Court ordered counsel to work together to finalize the remaining depositions and to file a joint notice setting forth the dates and times for the remaining depositions by June 14, 2022. Id.

On June 14, 2022, the parties filed a Joint Notice and Request Regarding Deposition Dates seeking an order from the Court "extend[ing] the fact discovery deadline for an additional two (2) weeks—until July 14—so Plaintiff's counsel may either (a) prepare and provide dates and times for the deposition of an alternative 30(b)(6) witness or (b) allow time for Mr.

Baihaghy's health to improve." ECF No. 23 at 3.  The Court granted the parties' request on June 15, 2022.  ECF No. 24.

On June 16, 2022, Plaintiff filed an *Ex Parte* Motion to Dismiss the Complaint Without Prejudice.  ECF No. 25.  Defendants opposed the motion on June 21, 2022.  ECF No. 27.

On June 23, 2022, defense counsel emailed the Court explaining various discovery disputes between the parties and requesting that

> (1) the fact discovery deadlines be extended until a time well after Plaintiff's motion to enter dismissal is decided or else that (2) the Court fast-track the above-described discovery disputes for decision so they can be resolved before the current deadlines the Court has set.

Letter Dated June 23, 2022 from Ronald A. McIntire.  Plaintiff's counsel responded to the letter by stating that Plaintiff agrees with Defendants that "the fact discovery deadlines should be extended until a time well after Plaintiff's motion to enter dismissal is decided is the best option for all parties."  June 24, 2022 email Instructed/Directed by F. Bari Nejadpour from Steve Muehler, Senior Paralegal.

On June 24, 2022, the Court issued an Order Staying Pretrial Deadlines and ordered the parties to contact Judge Major's Chambers within three (3) days of Judge Whelan's order on the soon-to-be-filed motion to dismiss so that the Court could reset the remaining deadlines if necessary.  ECF No. 29.

On June 29, 2022, in accordance with Judge Whelan's order, Plaintiff filed a regularly noticed Motion for Voluntarily Dismissal of the Complaint Without Prejudice Pursuant to F.R.C.P. Rule 41(A)(2).  ECF No. 30.  Defendants opposed the motion on July 14, 2022 and Plaintiff replied on July 19, 2022.  ECF Nos. 31-32.

On July 21, 2022, Judge Whelan issued an Order Denying Plaintiff's Motion to Voluntarily Dismiss the Complaint Without Prejudice.  ECF No. 33.

On July 22, 2022, defense counsel, copying Plaintiff's counsel, emailed Judge Major's Chambers a Notice of Order Denying Plaintiff's Motion to Voluntarily Dismiss the Complaint Without Prejudice; Request to Reset Pretrial Deadlines.

Accordingly, the Court **RESETS** the remaining pretrial deadlines as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Fact Discovery – Plaintiff's 30(b)(6) witness deposition and the depositions of Messrs. Mike Fahr and Burt Dezendor only. | July 14, 2022 | August 8, 2022[1] |
| Expert Disclosures | June 28, 2022 | August 19, 2022 |
| Rebuttal Disclosures | July 19, 2022 | September 9, 20222 |
| Completion of Expert Discovery | August 19, 2022 | October 7, 2022 |
| Pretrial Motions | September 16, 2022 | November 4, 2022 |
| Pretrial Disclosures | December 12, 2022 | February 27, 2023 |
| Meet and Confer | December 19, 2022 | March 6, 2023 |
| Proposed Pretrial Order to Opposing Counsel | January 3, 2023 | March 13, 2023 |
| Lodging of Proposed Pretrial Order | January 9, 2023 | March 20, 2023 |
| Informal Letter Briefs | January 18, 2023 by 2:30 p.m. | March 29, 2023 by 2:30 p.m. |
| Pretrial Conference | January 23, 2023 @ 10:30 a.m. | April 3, 2023 @ 10:30 a.m. |

**IT IS SO ORDERED**.

Dated: 7/25/2022

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge

---

[1] If the parties jointly agree on a date for the deposition of Plaintiff's 30(b)(6) witness on or before August 1, 2022, the deposition will occur on the mutually agreed upon date. If the parties are unable to agree on a date, the deposition of Plaintiff's 30(b)(6) witness will occur on **August 5, 2022 at 10 a.m.**